UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI DALE LASTER, JR., | No. 2:25-cv-1134 CSK P |
| Plaintiff, | |
| v. | ORDER |
| RONNIE MIMMICK, et al., | |
| Defendants. | |

    Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an incomplete request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On April 28, 2025, plaintiff was ordered to provide, within thirty days, a complete request for leave to proceed in forma pauperis with the certificate portion of the request completed by plaintiff's institution of incarceration, as well as a certified copy of plaintiff's inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). On May 14, 2025, plaintiff sought an extension of time to comply with the order. Good cause appearing, plaintiff's motion for extension of time (ECF No. 8) is granted.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for extension of time (ECF No. 8) is granted.

    2. Within thirty days from the date of this order, plaintiff shall submit a completed affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk

1  of Court, and a certified copy of the inmate trust account statement for the six month period
2  immediately preceding the filing of the complaint.
3      3. Plaintiff's failure to comply with this order will result in a recommendation that this
4  action be dismissed without prejudice.

Dated: June 4, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/last1134.36