UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI DALE LASTER, JR., | No. 2:25-cv-1134 CSK P |
| Plaintiff, | |
| v. | ORDER |
| RONNIE MIMMICK, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an incomplete request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On April 28, 2025, plaintiff was ordered to provide, within thirty days, a complete request for leave to proceed in forma pauperis with the certificate portion of the request completed by plaintiff's institution of incarceration on the form provided by the Clerk of Court, as well as a certified copy of plaintiff's inmate trust account statement for the six month period immediately preceding the filing of the complaint. (ECF No. 4.) On June 4, 2025, plaintiff was granted an additional thirty days to comply with the order. (ECF No. 9.)

On June 20, 2025, plaintiff filed an application to proceed in forma pauperis and a trust account statement. (ECF No. 13.) However, plaintiff's application was completed using an outdated form from 2003 (id.), and therefore does not bear the required certification and does not provide all of the information required by this district. In addition, the trust account statement

1

plaintiff provided is not certified by jail officials. (Id.) Plaintiff's first application to proceed in forma pauperis was filed on the proper form used by this district, and on April 28, 2025, plaintiff was provided another copy of the current form used by this district. (ECF Nos. 2, 4.) Thus, the record shows that plaintiff is aware of the requirements to apply for in forma pauperis status in this district.

Because plaintiff's June 20, 2025 filing fails to comply with the April 28, 2025 and June 4, 2025 orders, his motion for in forma pauperis status is disregarded. In an abundance of caution, plaintiff is provided another copy of this district's form to apply for in forma pauperis status. Plaintiff is reminded that the application form requires certification by jail officials, and plaintiff must also provide a certified copy of his inmate trust account for the last six months. Plaintiff is granted one final opportunity to comply with this Court's order. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice. Fed. R. Civ. P. 41(b).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for in forma pauperis status (ECF No. 13) is disregarded.

2. Within thirty days from the date of this order, plaintiff shall submit a completed affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court, and a <u>certified</u> copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint.

3. The Clerk of the Court is directed to send plaintiff the current application to proceed in forma pauperis by a prisoner.

4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: June 25, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/last1134.eot2

2