1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LEVI DALE LASTER, JR.,                    No.  2:25-cv-1134 CSK P

12              Plaintiff,

13         v.                                    ORDER AND FINDINGS &
                                                 RECOMMENDATIONS
14    RONNIE MIMMICK, et al,,

15              Defendants.

16

17         By order filed September 3, 2025, plaintiff's complaint was dismissed, and thirty days

18    leave to file an amended complaint was granted.  Thirty days from that date have now passed, and

19    plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

20         In recommending this action be dismissed for failure to prosecute, the Court has

21    considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to

22    manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring

23    disposition of cases on their merits; and (5) the availability of less drastic alternatives."  Ferdik v.

24    Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted).  Because this case cannot

25    move forward without plaintiff's participation, the Court finds the factors weigh in favor of

26    dismissal.

27         In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is

28    directed to assign a district judge to this case; and

                                           1

1         IT IS RECOMMENDED that this action be dismissed without prejudice.  <u>See</u> Local Rule

2   110; Fed. R. Civ. P. 41(b).

3         These findings and recommendations are submitted to the United States District Judge

4   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

5   after being served with these findings and recommendations, plaintiff may file written objections

6   with the court and serve a copy on all parties.  Such a document should be captioned

7   "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

8   failure to file objections within the specified time may waive the right to appeal the District

9   Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

11   Dated:  October 21, 2025

13   CHI SOO KIM
     UNITED STATES MAGISTRATE JUDGE

15   /1/last1134.fta

2